IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:19-CV-140-WHA-CSC |
| TERRY NELSON, et al., | ) |
| Defendants. | ) |

**O R D E R**

This case is before the court on a Recommendation of the Magistrate Judge entered on January 12, 2022 (Doc. 25), to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendants' motion for summary judgment (Doc. 12) is GRANTED.

3. This case is DISMISSED with prejudice.

Final Judgment will be entered separately.

Done, this 2nd day of February 2022.

      /s/   W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE